

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Keeyanna Natalie Parson,

Vs. No. 11-24-00104-CV

Auston Kade Parson,

\* From the 318th District Court
 of Midland County,
 Trial Court No. FM72614.

\* October 16, 2025

\* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Keeyanna Natalie Parson.